JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>354 UNITS, MORE OR LESS, OF AN ARTICLE LABELED AS ELF BAR EB DESIGN AIRO MAX DISPOSABLE (5000 PUFFS) IN VARIOUS FLAVORS et al.,<br><br>　　　Defendants. | Case No. 2:24-cv-02772-SB-PD<br><br><br>FINAL JUDGMENT |

　　　For the reasons set forth in the separate order granting default judgment, it is hereby ordered that all right, title, and interest of MDM Group Inc., dba eliquidstop.com; PVG2 LLC, dba Puff Bar; Sunset Social dba bodegavape.com; YLSN Distribution Inc., dba Happy Distro/Cosmic; and all other potential claimants, in the defendants are hereby condemned and forfeited to the United States of America, which shall dispose of the defendants in the manner required by law.


Date: September 19, 2024

_____
　　Stanley Blumenfeld, Jr.
　United States District Judge

1